

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 21, 2023

Re:   *1:23-cv-03133-LJL Cruz v. Bar 9 Entertainment, Corp.*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Liman,

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for August 29th at 4:00 p.m. Counsel will be out of the country and unable to attend the conference on that date. Plaintiff requests a 30 day adjournment and proposes to reschedule the conference for September 28th, 2023, or a date convenient to the Court. This is the first time relief is being requested and both parties consent.

We thank the Court for its attention and consideration in this matter.

The request to adjourn the initial pretrial conference is GRANTED. The conference currently scheduled for August 29, 2023 at 4:00 p.m. is RESCHEDULED to October 2, 2023 at 10:00 a.m. The parties are directed to dial into the Court's teleconference line (888) 251-2909 and use Access Code 2123101.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

8/23/2023

Cc: David Stein, Esq.