**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIRIAM CRUZ, Individually and on Behalf of All
Others Similarly Situated,

                Plaintiff,

-against-                                      23 **CIVIL** 3133 (MMG)

                                                                             **JUDGMENT**

BAR 9 ENTERTAINMENT, CORP.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 14, 2025, the Court has awarded Plaintiff a reduced amount of costs, expenses, and attorneys' fees in the amount of $ 2,637.00, comprised of $477 in costs and expenses and $2,160 in attorneys' fees, in addition to the parties' stipulated compensatory damages in the amount of $1,000. Judgment is entered in favor of Plaintiff, in the amount of $3,637.00.

**Dated:**  New York, New York

      May 14, 2025

                                                                     **TAMMI M HELLWIG**
                                                                        **Clerk of Court**

                      **BY:**              *K. Mango*

                                                                            **Deputy Clerk**